**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Florida__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Delray Recovery Center, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   D/B/A Mandala Healing Center

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 6 – 3 5 1 6 8 6 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   5410 East Avenue
   Number    Street

   _____

   West Palm Beach    FL    33407
   City               State  ZIP Code

   Palm Beach County
   County

   **Mailing address, if different**

   _____
   Number    Street

   P.O. Box

   _____
   City       State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City       State    ZIP Code

Debtor  **Delray Recovery Center, LLC**  Case number (if known) _____
      Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | N/A |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br><br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                       MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                       MM / DD / YYYY |

## Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br><br>☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br><br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Delray Recovery Center, LLC  
_____  
Name

Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| SEE ATTACHMENT 1 | | $ _____ |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

_____  
Name

_____  
Number   Street

_____  
City        State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

**Attorneys**

_____  
Printed name

_____  
Firm name, if any

_____  
Number   Street

_____  
City        State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____  
Signature of attorney

Date signed _____  
MM / DD / YYYY

Debtor **Delray Recovery Center, LLC**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Kopelowitz Ostrow
Name

One West Las Olas Blvd. #500
Number  Street

Fort Lauderdale,  FL   33301
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Marshall Burack
Name

2800 Ponce de Leon Blvd. #1100
Number   Street

Coral Gables     FL    33134
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 29 / 2017
            MM / DD / YYYY

✘ _Marshall Burack_
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Beliza Valle-Barge
Name

Number  Street

City             State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City             State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

Debtor  Delray Recovery Center, LLC
      Name

Case number (if known) _____

**Name and mailing address of petitioner**

Beliza Valle-Barge
Name

863 Michael Street
Number  Street

Miami Beach   FL   33141
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/07/2017
      MM / DD / YYYY

✗ /s/ B. Valle-Barge
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street

City   State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
     MM / DD / YYYY

---

**Name and mailing address of petitioner**

Barbara Pellicier
Name

4821 Badger Road
Number  Street

WPB   FL   33401
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/06/2017
      MM / DD / YYYY

✗ /s/ Barbara Pellicier
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street

City   State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
     MM / DD / YYYY

Debtor  Delray Recovery Center, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Ashley Valle
Name

863 Michael Street
Number   Street

Miami Beach     FL     33141
City            State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09  07  2017
            MM / DD / YYYY

✘ _[signature]_
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City     State   ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Michael Ligotti
Name

_____
Number   Street

_____
City     State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City     State   ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE: DELRAY RECOVERY CENTER, LLC,

        Debtor.

Case No. 17-

## ATTACHMENT 1

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the Claim Above the Value of any Lien |
|---|---|---|
| Kopelowitz Ostrow | Contract Claim | $16,625.00 |
| Beliza Valle-Barge | Contract Claim | $9,780.00 |
| Barbara Pellicier | Contract Claim | $3,580.00 |
| Ashley Valle | Contract Claim | $2,800.00 |
| **Total of Petitioners' Claims** | | **$32,785.00** |