UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 17-23609-EPK
                                                                Involuntary Chapter 7
**DELRAY RECOVERY CENTER, LLC,**

    Alleged Debtor.
_____/

### ANSWER AND AFFIRMATIVE DEFENSES TO INVOLUNTARY PETITION, REQUEST FOR ATTORNEYS' FEES, COSTS, AND/OR DAMAGES AGAINST PETITIONING CREDITORS, AND CORPORATE OWNERSHIP STATEMENT

Delray Recovery Center, LLC ("DRC"), by and through undersigned counsel, hereby files its Answer and Affirmative to the Involuntary Petition, Request for Attorneys' Fees, Costs, and/or Damages Against Petitioning Creditors, and Corporate Ownership Statement, and states:

### Answer

1. DRC generally denies all allegations of the Involuntary Petition and demands strict proof thereof.

### Affirmative Defenses

1. As its First Affirmative Defense, DRC states that the Petitioning Creditors' claims are the subject of a bona fide dispute as to liability or amount.

2. As its Second Affirmative Defense, DRC states that the Petitioning Creditors filed the Involuntary Petition in bad faith.

3. As its Third Affirmative Defense, DRC states that to the extent the Petitioning Creditors have any claim against DRC, the amount of any such claim is less than $15,775.00.

**Request for Attorneys' Fees, Costs, and/or Damages Against Petitioning Creditors**

Upon dismissal of the Involuntary Petition, DRC respectfully requests the entry of judgment against the Petitioning Creditors pursuant to 11 U.S.C. § 303(i). DRC requests a judgment for costs or a reasonable attorney's fee pursuant to 11 U.S.C. § 303(i)(1), or judgment for any damages caused by the filing of the Involuntary Petition or punitive damages pursuant to 11 U.S.C. § 303(i)(2).

The Petitioning Creditors filed the Involuntary Petition in bad faith. The filing of the Involuntary Petition was orchestrated by an individual named Jack Burstein. Mr. Burstein was previously going to acquire an interest in DRC. When the acquisition did not occur, Mr. Burstein set out to attempt to inflict damage on DRC, particularly after he was unsuccessful in arbitration proceedings.

Kopelowitz Ostrow ("KO"), one of the Petitioning Creditors, represented Mr. Burstein personally. KO did not complete any work on behalf of DRC. When KO attempted to invoice DRC for work completed for Mr. Burstein, DRC objected to same and informed KO that it was never retained to do any work on behalf of DRC. At a minimum, KO's claim is subject to a bona fide dispute, which KO knows. As such, KO's involvement in the filing of the Involuntary Petition was in bad faith.

The other Petitioning Creditors have also participated in the filing of the Involuntary Petition in bad faith. First, they are not owed any money by DRC. They were employees of Behavioral Health Innovations, Inc. ("BHI") and were only paid by BHI, not DRC. They have filed a separate involuntary petition against BHI (Case No. 17-23610-EPK). At a minimum, whether DRC is liable for any claim of the Petitioning Creditors is subject to a bona fide dispute. Second, even if DRC is liable for any claim of these Petitioning Creditors, the amount is subject

to a bona fide dispute. In fact, Beliza Valle-Barge, who claims to be owed the most out of the three BHI employees, has admitted that she has not kept complete track of the amount she believes she is owed. Moreover, these Petitioning Creditors have not submitted time records to DRC to show that they are in fact owed any money. Instead, they have conspired with Mr. Burstein in bad faith to attempt to place DRC into an involuntary bankruptcy case without ever giving DRC an opportunity to pay them if they are in fact owed any money by DRC.

For the foregoing reasons, this Court should enter judgment in favor of DRC and against the Petitioning Creditors pursuant to 11 U.S.C. § 303(i).

## Corporate Ownership Statement

All companies that own a membership interest of 10% or more in DRC: Blue Dog Holdings, LLC.

## Certificate of Admission

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties below in the manner indicated on this 8th day of January 2018.

    The DuBosar Law Group, P.A.

    /s/ Eli DuBosar
    ELI DUBOSAR, ESQ.
    Florida Bar No. 106338
    3010 N. Military Trail, Suite 210
    Boca Raton, FL 33431
    Phone: (561) 544-8980
    Fax: (561) 544-8988
    Email: edubosar@dubolaw.com

**Electronic Notice List**
Julie Feigeles on behalf of Petitioning Creditors
jf@womenatlawfl.com

Bart A Houston on behalf of Interested Party Shakon Holdings, LLC
bhouston@thlglaw.com, dschena@thlglaw.com;bhouston@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov