## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
## www.flsb.uscourts.gov

In re:                                                                                  Case No. 17-23609-EPK
                                                                                        Involuntary Chapter 7

**DELRAY RECOVERY CENTER, LLC,**
     Alleged Debtor.
_____/

## JOINT MOTION TO DISMISS

Delray Recovery Center, LLC ("DRC"), by and through its undersigned counsel, and Kopelowitz Ostrow, P.A., Beliza Valle-Barge, Barbara Pellicer, and Ashley Valle (collectively, the "Petitioning Creditors"), by and through their undersigned counsel, hereby file this Joint Motion to Dismiss, and state:

    1.    This involuntary Chapter 7 bankruptcy case was filed on November 9, 2017.

    2.    The Petitioning Creditors and DRC have reached a resolution of the issues between them and consent to dismissal of this case.[1]

    3.    Pursuant to 11 U.S.C. § 303(j), after notice to all creditors and a hearing, the court may dismiss an involuntary petition on the motion of a petitioner or if all petitioners and the alleged debtor consent. Upon the issuance of a notice of hearing, this motion and the notice will be served on all creditors by DRC.

    4.    Accordingly, DRC and the Petitioning Creditors respectfully request dismissal of this case.

WHEREFORE, DRC and the Petitioning Creditors respectfully request that the Court enter an order dismissing the above-captioned involuntary bankruptcy case, and granting such other and further relief as this Court deems just and proper.

---

[1] Two additional alleged creditors filed a Joinder to Involuntary Petition [ECF No. 32] on March 16, 2018. The claim alleged in the Joinder, however, is subject to a bona fide dispute as to liability and amount (if any liability exists, which is disputed).

WE HEREBY CERTIFY that we are admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated: March 26, 2018.

                    The DuBosar Law Group, P.A.

                    /s/ Eli DuBosar
ELI DUBOSAR, ESQ.
Florida Bar No. 106338
3010 N. Military Trail, Suite 210
Boca Raton, FL 33431
Phone: (561) 544-8980
Fax: (561) 544-8988
Email: edubosar@dubolaw.com

&

/s/ Julie Feigeles
Julie Feigeles
Florida Bar No. 353604
**FEIGELES & HAIMO LLP**
2800 Ponce de Leon Blvd.,
Suite 1100
Coral Gables, Florida 33134
Tel: (305) 405-7770
Fax: (954) 525-4300
Email: jf@womenatlawfl.com
&

Sheldon L. Solow
**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
777 S. Flagler Drive, Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 802-3230
Fax: (561) 802-3217
Email: Sheldon.solow@apks.com

*Counsel for Petitioning Creditors*

2